IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHARLIE COOK,**

    **Plaintiff,**

v.                             Case No. 1:17cv218-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED on August 9, 2018.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**